TOMMIE E. HUNTT, Appellant, *v.* JOHNSTON & COLLINS COMPANY et al., Respondents.

Argued January 10, 1938; decided March 8, 1938.

*Harold L. Allen* and *Arthur J. Egan* for appellant.

*Bernard J. McGlinn, William J. Moran* and *Louis P. Galli* for Travelers Insurance Company, respondent.

*James F. McNaboe* for Johnston & Collins Company, respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J.